

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-13-00174-CV |
| IN RE: REGINALD A. NOBLE, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION

Relator, Reginald A. Noble, a Texas prison inmate, has filed a petition for writ of mandamus against Bradley K. Lollar, the Dallas County Public Defender. A court of appeals has jurisdiction to issue a writ of mandamus against certain judges within our geographic district. TEX.GOV'T CODE ANN. § 22.221(b)(West 2004). It also has authority to issue a writ of mandamus if it is necessary to enforce the court of appeals' jurisdiction. *Id*. § 22.221(a). Relator does not have any appeals pending before this Court. We do not have jurisdiction to grant mandamus relief against the Dallas County Public Defender. Accordingly, we deny the petition for writ of mandamus.

July 24, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.